NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAP AMERICA, INC.,**
*Plaintiff-Appellant*

**v.**

**WELLOGIX, INC.,**
*Defendant/Counterclaimant-Appellee*

**WELLOGIX TECHNOLOGY LICENSING, LLC,**
*Defendant/Counterclaimant*

**ACCENTURE LLP,**
*Counterclaim Defendant*

---

2017-1176

---

Appeal from the United States District Court for the Southern District of Texas in Nos. 4:10-cv-01224, 4:11-cv-02840, Judge Simeon Timothy Lake, III.

---

## JUDGMENT

---

THARAN GREGORY LANIER, Jones Day, Palo Alto, CA, argued for plaintiff-appellant. Also represented by JOSEPH BEAUCHAMP, HOW-YING ALBERT LIOU, Houston,

TX; ISRAEL SASHA MAYERGOYZ, Chicago, IL; MEGAN S. WOODWORTH, Venable LLP, Washington, DC.

RAFFI MELKONIAN, Wright Close & Barger, LLP, Houston, TX, argued for defendant/counterclaimant-appellee. Also represented by RUSSELL HOLLENBECK.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 12, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |